

FILED
May 1, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: RR
Deputy

U.S. Department of Justice
United States Attorney

# United States District Court
# Western District of Texas

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **Case No: SA:24-CR-00209-OLG(1)** |
| ) | |
| v ) | |
| ) | |
| ADERBIS SEGUNDO PIRELA PIRELA ) | |
| aka "ADERBIS PIRELA", ) | |
| aka "MARACUCHO" ) | |

## ORDER FOR BENCH WARRANT

It appearing to the Court than an Indictment has been returned against the below named defendant, it is hereby ORDERED that warrant issue for the arrest of said defendant, returnable instanter to the San Antonio Division of this Court.

### Defendant

ADERBIS SEGUNDO PIRELA PIRELA
aka "ADERBIS PIRELA",
aka "MARACUCHO"

ENTERED at San Antonio, Texas, this 1st day of May, 2024.

UNITED STATES MAGISTRATE JUDGE

If the Defendant is arrested outside the Western District of Texas, the United States Attorney for the Western District of Texas recommends that Defendant ADERBIS SEGUNDO PIRELA PIRELA, aka "ADERBIS PIRELA", aka "MARACUCHO" be detained without bond after a hearing.